497 F.2d 110
 COLUMBIA BROADCASTING SYSTEM, INC., Petitioner,
v.
The Honorable Winstion E. ARNOW, Chief Judge, United States
District Court For the Northern District of
Florida, Respondent.
 No. 73-2709.
 United States Court of Appeals, Fifth Circuit.
 July 11, 1974.
 
 Appeal from the United States District Court for the Northern District of Florida; Winston E. Arnow, Chief Judge.
 Talbot D'Alemberte, Miaami, Fla., Morton Stavis, Newark, N.J., Doris Peterson, New York City, Larry G. Turner, Gainesville, Fla., Brady Coleman, Austin, Tex., for Briggs.
 Jack S. Graff, Pensacola, Fla., for petitioner.
 William H. Stafford, U.S. Atty., Pensacola, Fla., Guy Goodwin, Robert A. Dierker, Dept. of Justice, Washington, D.C., for respondent.
 Before DYER, MORGAN and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The petition for mandamus is dismissed as moot.[1]
 
 
 
 [1]
 See our companion opinion in United States v. Columbia Broadcasting System, Inc., 5 Cir. 497 F.2d 102, (No. 73-2602, July 11, 1974)